IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRANDY MONEYMAKER,
    Plaintiff,

vs.                                                         Case No.: 5:11cv318/RS/EMT

BETTER HOMES, INC., et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        Plaintiff, a non-prisoner proceeding pro se and in forma pauperis, commenced this action by filing a pleading titled "Complaint Pursuant Fair Housing Act [sic], Title VII of the Civil Rights Act of 1968, Federal civil racketeering statute, 18 U.S.C. § 1962(c) ("RICO")" (*see* docs. 1, 2, 4; *see also* amended complaint at doc. 5). By order dated November 5, 2012, the court directed Plaintiff to confirm her continued interested in this litigation by filing a notice to that effect (doc. 11). The United States Postal Service returned the order, marked undeliverable, on November 9, 2012 (*see* doc. 13). Plaintiff has not provided the court with her current address, and it is apparent that any effort to remail to her address of record the order issued November 5, 2012, or an order to show cause for the failure to respond to that order, would be futile, as well as predictably wasteful of judicial resources.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to keep the court apprised of her current address and failure to prosecute.

        At Pensacola, Florida, this 12th day of December 2012.

                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                               **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).