IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRANDY MONEYMAKER,

    Plaintiff,

v.                              CASE NO. 5:11-cv-318-RS-EMT

BETTER HOMES, INC., et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Amended Complaint (Doc. 5) is **DISMISSED without prejudice** for Plaintiff's failure to keep the court apprised of her current address and failure to prosecute.

3. The Clerk is directed to close the file.

**ORDERED** on January 14, 2013.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**